## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Aaron Gibson,** | : | |
| | : | |
| **Petitioner,** | : | |
| **v.** | : | **Civil Action No. 16-0219 (CKK)** |
| | : | |
| **Parole Commission,** | : | |
| | : | |
| **Respondent.** | : | |

## <u>MEMORANDUM OPINION</u>

In February 2016, petitioner filed this action for a writ of habeas corpus while detained at the District of Columbia Jail on a parole violator warrant issued by the United States Parole Commission ("USPC"). Petitioner claims that the warrant was executed on January 6, 2016, but the Commission had yet to hold a hearing, in violation of the due process clause. *See* Pet. for a Writ of Habeas Corpus at 5.

In response to the Court's show cause order, the government contends that the petition is moot because petitioner is serving a sentence for a Virginia state conviction "and is no longer in custody pursuant to the USPC parole violator warrant." United States' Resp. at 1 [Dkt. # 7]. Indeed, the docket shows that petitioner was released from the D.C. Jail on March 17, 2016, and the court's subsequent mailings have been returned undelivered. *See* Dkt. ## 4, 11, 12. In addition, petitioner has not complied with the Court's May 2, 2016 Order--mailed to both the D.C. Jail and a detention center in Winchester, Virginia--by verifying his current address by May 24, 2016, and replying to the government's response by June 3, 2016. Based on the

government's documented response, then, this habeas action will be dismissed as moot.  A

separate order accompanies this memorandum.


                                 _____s/_____
                                 COLLEEN KOLLAR-KOTELLY
DATE:  June 30, 2016                   United States District Judge